# LIMITED LIABILITY COMPANY RESOLUTION

I, Colleen Nilan, declare under penalty of perjury that I am the President of THE FESTIVITY GROUP, INC., Managing Member of Festivity Group Atlantic Station, LLC, a Georgia limited liability company ("The Company") and that on January 19, 2016, the following resolution was adopted by the Members for the Company:

WHEREAS it is in the best interest of the Company to file a Voluntary Chapter 7 Petition in the United States Bankruptcy Court pursuant to Title 7 of the United States Code;

Whereas IT IS FURTHER RESOLVED THAT Colleen Nilan, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 bankruptcy case on the behalf of the Company and to perform all acts and deeds necessary in connection with such case including employment of Joseph J. Burton, Jr. of Mozley, Finlayson & Loggins, LLP to represent the Company in such case.

Festivity Group Atlantic Station, LLC

By: THE FESTIVITY GROUP, INC.
(Managing Member)

By: _____
Colleen Nilan, President

1-18-16
Date

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern District Of Georgia__

Case number (*If known*): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Festivity Group Atlantic Station, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   __ __ - __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   2135 Defoor Hills
   ~~1145 Zonolite Road, Suite 1~~
   Number    Street

   Atlanta     GA     30318 ~~30306~~
   City        State   ZIP Code

   FULTON
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   265 18th ST
   Number    Street

   Atlanta, GA    30303
   City          State   ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form B201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **1**

Debtor  **Festivity Group Atlantic Station, LLC**                                   Case number (if known) _____
        <sub>Name</sub>

### 7. Describe debtor's business

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
        District _____ When _____ Case number _____
                                    MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor **THE FESTIVITY GROUP, INC.**   Relationship **Affiliate**
        District **Northern GA**                When _____
                                                       MM / DD / YYYY
        Case number, if known _____    See Attachment 1

Official Form B201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **2**

Debtor  Festivity Group Atlantic Station, LLC                              Case number (if known) _____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  goods located in leases premises

Where is the property? Atlantic Station Location  265 18th St
                       Number   Street

                       Atlanta                              GA        30303
                       City                                 State     ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency  Allstate

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49         ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99        ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☒ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

Debtor  **Festivity Group Atlantic Station, LLC**   Case number (*if known*) _____
Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

X _____ *Collen Milan*
Signature of authorized representative of debtor        Printed name

Title _____ President

**18. Signature of attorney**

X _____    Date 01/15/16
Signature of attorney for debtor                    MM / DD / YYYY

Joseph J. Burton, Jr.
Printed name

Mozley, Finlayson & Loggins, LLP
Firm name

5605 Glenridge Drive, Suite 900
Number        Street

Atlanta                                 GA        30342
City                                    State     ZIP Code

(404) 256-0700                          jburton@mfllaw.com
Contact phone                           Email address

097875                                  GA
Bar number                              State

Official Form B201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

# Attachment
## Debtor: Festivity Group Atlantic Station, LLC        Case No:

**Attachment 1: Additional pending bankruptcy cases**

    **Debtor: FESTIVITY GROUP, TENN., LLC**
    **Relationship: Affiliate**
    **District: Northern GA**
    **Date Filed:**
    **Case Number: ***Bankruptcy pending case number TE****

    **Debtor: Fesivity Group SC LLC**
    **Relationship: Affiliate**
    **District: Northern GA**
    **Date Filed:**
    **Case Number: ***Bankruptcy pending case number TE****

    **Debtor: FESTIVITY GROUP ALABAMA, LLC**
    **Relationship: Affiliate**
    **District: Norhtern GA**
    **Date Filed:**
    **Case Number: ***Bankruptcy pending case number TE****

**Fill in this information to identify the case:**

Debtor name __Festivity Group Atlantic Station, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* Amount of claim (Do not deduct the value of collateral.) | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name _____

Creditor's mailing address
_____
_____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**2.2** Creditor's name _____

Creditor's mailing address
_____
_____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $ 0.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of __1__

**Fill in this information to identify the case:**

Debtor: Festivity Group Atlantic Station, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address:
Georgia Department of Revenue
351 Thornton Road, Suite 101
Lithia Springs, Georgia 30122-1596

Date or dates debt was incurred: _____

Last 4 digits of account number: ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Taxes and Other Government Debts

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ Unknown
Priority amount: $ Unknown

**2.2** Priority creditor's name and mailing address:
_____
_____
_____

Date or dates debt was incurred: _____

Last 4 digits of account number: ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $_____

**2.3** Priority creditor's name and mailing address:
_____
_____
_____

Date or dates debt was incurred: _____

Last 4 digits of account number: ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ |
| Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.2 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ |
| Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.3 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ |
| Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.4 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ |
| Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ |
| Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | | |

| 3.6 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ |
| Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | | |

Debtor  __Festivity Group Atlantic Station, LLC_____    Case number *(if known)*_____
              Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line _____ <br> ❑ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  Festivity Group Atlantic Station, LLC                                    Case number (if known)_____
        _____
        Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 4 of 4

Fill in this information to identify the case and this filing:

Debtor Name __Festivity Group Atlantic Station, LLC__

United States Bankruptcy Court for the: __Northern District Of Georgia__

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206–Summary)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/19/16
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Colleen Nilow
Printed name

President The Festivity Group, Inc
Position or relationship to debtor
Managing Member

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In Re:                                                            Case No.

**Festivity Group Atlantic Station, LLC**

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

**PART I - DECLARATION OF PETITIONER**

I (WE) **Festivity Group Atlantic Station, LLC**, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed and dated original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number (s), (Official Form B21), prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐ If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) and, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☒ If petitioner is a corporation or partnership: I declare under a penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐ If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: 1/15/16

Signed: _____    _____
             (Applicant)                                                                   (Joint Applicant)

**PART II - DECLARATION OF ATTORNEY**

I *declare under penalty of perjury* that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s) (Official Form B21) before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: 1/15/16                    Attorney for Debtor(s) _____
                                                                                **Joseph J. Burton, Jr.**
                                         Address of Attorney    **5605 Glenridge Drive, Suite 900**
                                                                                **Atlanta, Georgia 30342**

```
Georgia Department of Revenue
351 Thornton Road, Suite 101
Lithia Springs, GA 30122-1596
```

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In re: **Festivity Group Atlantic Station, LLC**

Debtors

Case No. _____

Chapter  7 _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtorís attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: /-19-16                       Signed: _____

Dated: _____           Signed: _____

## WRITTEN NOTICE REQUIRED UNDER SECTION 527(a)(2)

    All information that you are required to provide with a petition and thereafter during a case under title 11 ("Bankruptcy") of the United States Code is required to be complete, accurate, and truthful.

    All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in title 11 United States Code section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.

    Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of title 11, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.

    Information that you provide during your case may be audited pursuant to title 11. Failure to provide such information may result in dismissal of the case under title 11 or other sanction, including criminal sanctions.

Date  1-19-16

Festivity Group Atlantic Station, LLC
Debtor

Joint Debtor

Joseph J. Burton, Jr.
Attorney for Debtor(s)

# IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE
# SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date  1-19-16

_____
**Festivity Group Atlantic Station, LLC**
Debtor

_____
Joint Debtor

_____
Joseph J. Burton, Jr.
Attorney for Debtor(s)

This disclosure is provided to assisted persons pursuant to 11 U.S.C. §527(b)